UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JERRY KROKOS					PLAINTIFF

V.					CIVIL ACTION NO. 3:05-CV-734 DPJ/JCS

BARBARA SMITH, CHANCELLOR DAN JONES,
PAUL TRUSSELL JR., JOE FILES, LACETT COLLINS,
ROXANNE HICKMAN, JEREMY RUDD, and
UNIVERSITY OF MISSISSIPPI MEDICAL CENTER		DEFENDANTS

## JUDGMENT

For the reasons given in the memorandum opinion and order granting defendant's motion for summary judgment entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 56, Fed. R. Civ. P., in favor of the Defendants and against the Plaintiff on Plaintiff's claims brought under 42 U.S.C. § 1983 (2000), and a final order dismissing Plaintiff's remaining claims without prejudice pursuant to 28 U.S.C. §1367(c)(3) (2000).

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2006.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE